FILED

06/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0232

_____

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

FILED

JUN 2 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Coty Stephen Calvin has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer, and for leave to be sworn in by Hon. Luke Berger, District Judge. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Calvin has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and competition of any other processing requirements as set forth by the Bar Admissions Administrator, Coty Stephen Calvin may be sworn in to the practice of law in the State of Montana, including by Hon. Luke Berger. Any questions about the swearing-in process may be directed to the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 29 day of June, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2